# Court of Appeals
# of the State of Georgia

ATLANTA,  March 26, 2021

*The Court of Appeals hereby passes the following order:*

**A21A1132. DOUGLAS THOMPSON v. THE STATE.**

Following a jury trial in 2011, Douglas Thompson was convicted of four counts of aggravated assault, three counts of false imprisonment, and one count each of armed robbery, burglary, possession of marijuana with intent to distribute, and possession of a firearm during commission of a felony. We affirmed Thompson's convictions on direct appeal. Case No. A12A2000 (Mar. 7, 2013). In January 2021, Thompson filed a pro se extraordinary motion for new trial. The trial court denied the motion, and Thompson filed this appeal. We, however, lack jurisdiction.

An appeal from an order denying or dismissing an extraordinary motion for a new trial must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (7), (b); *Davis v. State*, 182 Ga. App. 736, 736-737 (356 SE2d 762) (1987). "[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991). Thompson's failure to follow the discretionary appeal procedure deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED. See *Davis*, 182 Ga. App. at 736-737.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  03/26/2021*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*